Return of Service

## UNITED STATES DISTRICT COURT
### District of New Jersey

Securities and Exchange Commission
  Plaintiff

vs.

National Realty Investment Advisors LLC; et al.
  Defendant

Case Number: 2:22-cv-06066

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Thomas Nicholas Salzano, Inmate Number 227009150 at 354 Doremus Ave, Newark, NJ 07105.

I, Grace Bonnewell, being duly sworn, depose and say that on November 4, 2022 at or about 2:30 PM, I mailed Summons & Complaint to Thomas Nicholas Salzano, Inmate Number 227009150, at Essex County Corrections Department, 354 Doremus Ave, Newark, NJ 07105.

Thomas Nicholas Salzano verbally confirmed receipt of the documents via telephone on 11/22/22.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

*Grace Bonnewell*  11/22/22

Grace Bonnewell                                 Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-103712
Reference: 23-NYRO-010