UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL REALTY INVESTMENT ADVISORS LLC, REY E. GRABATO II, DANIEL COLEY O'BRIEN, THOMAS NICHOLAS SALZANO and ARTHUR S. SCUTARO, a/k/a ARTHUR S. SCUTTARO,<br><br>Defendants,<br>and<br><br>OLENA BUDINSKA and<br>JAMIE A. SAMUL, a/k/a JAMIE SALZANO,<br><br>Relief Defendants. | Hon. Evelyn Padin<br><br>Civ. No. 22-cv-6066 |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jonathan Fayer, Assistant U.S. Attorney), will move before the Honorable Evelyn Padin, U.S.D.J., on December 14, 2022, for an Order: (1) granting the United States leave to intervene in the above-captioned civil action (the "SEC Action"); and (2) staying the SEC Action until the conclusion of criminal proceedings in *United States v. Salzano et al.*, Crim. No. 22-690 (EP), including trial.

A Memorandum of Law in support of this motion is attached.

                                  Respectfully submitted,

                                  EVELYN PADIN
                                  United States Attorney

By:    /s/ *Jonathan Fayer*
          Jonathan Fayer
          Assistant United States Attorneys

Dated:   December 14, 2022