# KLINGEMAN CERIMELE
## ATTORNEYS

100 Southgate Parkway
Suite 150
Morristown, NJ 07960

klingemanlaw.com

January 19, 2023

**Via ECF**

Honorable Evelyn Padin, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07102

   Re: SEC v. National Realty Investment Advisors LLC, et al.
     Civ. No. 22-06066 (EP)

Dear Judge Padin:

   This Court has appointed me to represent Thomas Nicolas Salzano in the related federal criminal case United States v. Thomas Salzano, Crim. No. 22-290 (EP). I do not represent Mr. Salzano in this SEC enforcement action, captioned above. I am aware, however, that the U.S. Attorney's Office has asked this Court to stay the SEC enforcement action. I write to indicate that Mr. Salzano, who is unrepresented in the SEC enforcement action, consents to the stay to allow the criminal case to move forward as quickly as possible.

   Thank you for Your Honor's consideration.

       Respectfully submitted,

       HENRY E. KLINGEMAN