## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **NATIONAL REALTY INVESTMENT ADVISORS LLC,** *et al.*, <br><br> **Defendants.** | Case No. 22–cv–06066–EP–ESK <br><br><br> **ORDER** |

    **THIS MATTER** having come before the Court for a telephone conference on February 6, 2023; and the United States of America having filed a motion to intervene and stay (Motion) (ECF No. 21); and all defendants who have been served with the summons and complaint having consented to the relief requested in the Motion (ECF Nos. 22, 25, 29, 30, 31, 35); and plaintiff not having taken a position on the Motion (ECF No. 21-1 p.7); and the Court having granted that part of the Motion seeking intervention and denied that portion of the Motion seeking a stay (minute entry after ECF No. 26); and plaintiff having filed a letter on January 31, 2023 advising that only defendant Rey E. Grabato II has not been served with the summons and complaint (ECF No. 36); and for good cause appearing,

    **IT IS** on this  **6th** day of **February 2023**  **ORDERED** that:

    1.   Discovery is stayed pending further order of the Court.

    2.   A telephone conference is scheduled for **May 16, 2023 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                                                         */s/ Edward S. Kiel*
                                                         **EDWARD S. KIEL**
                                                         **UNITED STATES MAGISTRATE JUDGE**