UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL REALTY INVESTMENT ADVISORS LLC, REY E. GRABATO II, DANIEL COLEY O'BRIEN, THOMAS NICHOLAS SALZANO and ARTHUR S. SCUTARO, a/k/a ARTHUR S. SCUTTARO,<br><br>Defendants,<br>and<br><br>OLENA BUDINSKA, and<br>JAMIE A. SAMUL, a/k/a JAMIE SALZANO,<br><br>Relief Defendants. | Civ. No. 22-cv-06066 (EP-ESK)<br><br>**ORDER** |

This matter having come before the Court upon the application of the United States for the entry of an Order stating that the Defendants' deadlines to file answers or otherwise respond to the Complaint in the above-captioned civil action are stayed, until further order of this Court (ECF No. 38):

**WHEREAS**, on February 6, 2023, the Court ordered that "discovery is stayed pending further order of the Court," *see* ECF No. 37;

**WHEREAS**, on February 28, 2023, the Government filed an application to clarify that the Defendants do not have to file answers or responsive pleadings to the operative Complaint in this matter while discovery is stayed;

**WHEREAS**, the Defendants, other than the Rey E. Grabato, II ("Grabato"), consent to the Government's application;

**WHEREAS**, Grabato has not yet been served or otherwise appeared in this action; and

**WHEREAS**, the Plaintiff Securities and Exchange Commission takes no position on the Government's application.

**IT IS THEREFORE ON THIS  1st   DAY OF   March  , 2023**,

**ORDERED** that the deadlines for the Defendants to file answers or otherwise respond to the operative Complaint are stayed until further order of the Court; and it is further

**ORDERED** that the parties are reminded to attend the telephone conference set for **May 16, 2023 at 11:00 a.m.** before Magistrate Judge Edward S. Kiel.  (ECF No. 37.)  The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                                        */s/ Edward S. Kiel*
                                        HON. EDWARD S. KIEL
                                        UNITED STATES MAGISTRATE JUDGE