AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    22-cv-06066 |
| National Realty Investment Advisors LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission                                                                 .

Date:      10/02/2023

*Attorney's signature*

Oren Gleich (NYS - 4460135)
*Printed name and bar number*

100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

gleichor@sec.gov
*E-mail address*

(212) 336-0190
*Telephone number*

*FAX number*