UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL REALTY INVESTMENT ADVISORS LLC, REY E. GRABATO II, DANIEL COLEY O'BRIEN, THOMAS NICHOLAS SALZANO and ARTHUR S. SCUTARO, a/k/a ARTHUR S. SCUTTARO,<br><br>                    Defendants,<br><br>and<br><br>OLENA BUDINSKA, and JAMIE A. SAMUL, a/k/a JAMIE SALZANO,<br><br>                    Relief Defendants. | No. 2:22-cv-06066 (EP) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO
NATIONAL REALTY INVESTMENT ADVISORS LLC
<u>PURSUANT TO RULE 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant

National Realty Investment Advisors LLC ("NRIA"). NRIA has not appeared—much less filed an answer or motion for summary judgment—and this case does not fall under Federal Rules of Civil Procedure 23(e), 23.1(c), 23.2, or 66. *See* Fed.R.Civ.P. 41(a)(1)(A)(i) (Plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgement."); *see also Riffin v. Forest City Ratner Co., et al.*, No. 16-cv-4433 (ES)(JAD), 2020 WL 8182839, at *2 (D.N.J. Jan. 6, 2020) ("Rule 41(a)(1)(A)(i) grants a plaintiff the absolute right to voluntarily dismiss his case so long as the defendants have not filed either an answer or a motion for summary judgment.").

Dated: May 29, 2025
      New York, New York

                                             Respectfully submitted,

                                             /s/ *Oren Gleich*
                                           Oren Gleich
                                           Alix Biel
                                           Securities and Exchange Commission
                                           New York Regional Office
                                           100 Pearl Street, Suite 20-100
                                           New York, New York 10004-2616
                                           (212) 336-0190 (Gleich)
                                           gleichor@sec.gov