

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

**ORDER**

August 27, 2025

**By ECF**
Hon. Stacey D. Adams
United States Magistrate Judge
District of New Jersey
2 Federal Square
Newark, NJ 07102

      Re:    *SEC v. National Realty Investment Advisors, LLC, et al.*, 2:22-cv-6066 (EP-SDA)

Dear Judge Adams:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status letter pursuant to the Court's June 3, 2025 Order. (Dkt. 69.)

      By way of background, on October 13, 2022, the SEC filed a civil complaint in this matter against defendants National Realty Investment Advisors LLC ("NRIA"), Rey E. Grabato II ("Grabato"), Daniel Coley O'Brien ("O'Brien"), Thomas Nicholas Salzano ("Salzano"), and Arthur S. Scutaro, a/k/a Arthur S. Scuttaro ("Scuttaro"), and relief defendants Olena Budinska, and Jamie A. Samul, a/k/a Jamie Salzano. (Dkt. 1.) One day prior, on October 12, 2022, the United States Attorney's Office for the District of New Jersey ("USAO") filed the parallel criminal case, captioned *United States v. Thomas Nicholas Salzano, a/k/a "Nick Salzano," and Rey E. Grabato II,* 22-cr-690 (EP) (D.N.J.). Also on October 13, 2022, in a related parallel criminal case, the defendant Scuttaro pled guilty to an Information charging him with the same conspiracy as alleged in 22-cr-690. *United States v. Arthur S. Scuttaro, a/k/a "Arthur Scutaro,"* 22-cr-692 (EP) (D.N.J.).

      On December 16, 2022, the United States Attorney's Office for the District of New Jersey ("USAO") moved to intervene and stay discovery in this action until the conclusion of the USAO's parallel criminal case. (Dkt. 21.) On February 6, 2023, the Court granted the USAO's motion to stay discovery in this civil action until further order of the Court. (Dkt. 37.) On March 1, 2023, at the USAO's request, the Court clarified that the Defendants' deadlines to file answers or otherwise respond to the Complaint are also stayed until further order of the Court. (Dkt. 39.)

      On February 27, 2024, defendant Salzano pleaded guilty to securities fraud and other related offenses in the USAO's parallel criminal case. *See* 22-cr-690 (EP), Dkts. 84, 86. On November 12, 2024, pursuant to his guilty plea, Salzano was sentenced to a term of 144 months' imprisonment. *See* 22-cr-690 (EP), Dkt. 102. Salzano is currently incarcerated at the FCI Fort Dix with a current release date in 2034. Although Salzano is unrepresented by counsel, the SEC has engaged in settlement discussions with him. However, no settlement has been reached as of the date of this status report.

On April 29, 2025, defendant Scutaro, pursuant to his guilty plea in 22-cr-692, was sentenced to 46 months' imprisonment in the USAO's parallel criminal case. *See* 22-cr-692 (EP). Scutaro is currently incarcerated at FCI Schuylkill with a current release date in 2028. Although the SEC has engaged in settlement discussions with Scutaro's counsel, no settlement has been reached as of the date of this status report.

Although the SEC is not currently in communication with defendant Grabato, the SEC understands that he is currently a fugitive in the Philippines.

With respect to defendant O'Brien, the SEC is currently engaged in settlement discussions with his counsel. The parties are hopeful that a settlement will be reached within the next 45 days.

In the SEC's last status report filed on May 29, 2025 (Dkt. 69), the SEC indicated that, to the extent that it had not reached settlement terms with one or more defendants, the SEC anticipated requesting that the stay be lifted in September 2025. With respect to defendants Salzano, Scutaro, and Grabato, the SEC respectfully requests that the Court lift the stay, in September as previously indicated, and set a reasonable date by which the parties must respond to the Complaint in this action. With respect to defendant O'Brian, the parties jointly request to continue the stay for an additional 45 days to allow for additional settlement discussions before requiring the defendant to respond to the Complaint at a later date. The SEC has conferred with the USAO and it has no objection to these requests.

Respectfully submitted,

*/s/ Oren Gleich*
Oren Gleich
Trial Counsel

The Court has reviewed the highlighted requests concerning the stay entered in this case. The request to extinguish the stay to the extent it concerns Defendant Rey E. Grabato II is GRANTED, and the SEC is directed to proceed accordingly against that Defendant. However, the request to extinguish the stay to the extent that it concerns Defendants Thomas Nicholas Salzano, Arthur S. Scutaro, and Daniel Coley O'Brien is DENIED. Those Defendants and the SEC are directed to continue to engage in meaningful settlement discussions. The SEC shall serve a copy of this Letter Order upon Salzano, Scutaro, and O'Brien electronically and by regular mail, and shall file proof of such service by September 9, 2025. Further, the SEC shall submit a further status report as to those settlement discussions on October 16, 2025. SO ORDERED.

_____
Stacey D. Adams
United States Magistrate Judge
Dated: August 29, 2025