

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

# ORDER

October 1, 2025

**By ECF**
Hon. Stacey D. Adams
United States Magistrate Judge
District of New Jersey
2 Federal Square
Newark, NJ 07102

      Re:    *SEC v. National Realty Investment Advisors, LLC, et al.*, 2:22-cv-6066 (EP-SDA)

Dear Judge Adams:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court stay this action due to a lapse in federal government appropriations. On October 1, 2025, most SEC personnel will be furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are being furloughed and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342. Accordingly, it is appropriate for the Court to stay this case until the lapse in appropriation ends. The undersigned has conferred with defendant Daniel Coley O'Brien's counsel who informed me that he has no objection to this request.

      Additionally, pursuant to the Court's August 29, 2025 Order, the undersigned has had meaningful settlement discussions with defendant Arthur S. Scuttaro and anticipates that a settlement will be reached. The undersigned also informed defendant Scuttaro of the above request to continue the stay through an e-mail platform available to incarcerated inmates. With respect to defendant Thomas Nicholas Salzano, on September 25, 2025, Salzano refused to accept a scheduled phone that was set up through FCI Fort Dix. The SEC will continue its attempts to have meaningful settlement discussions with him as soon as the lapse in appropriation ends.

      Respectfully submitted,

      */s/ Oren Gleich*
      Oren Gleich
      Trial Counsel

cc:    Counsel of Record by ECF
       Defendant Thomas Nicholas Salzano, *pro se*, by US Mail
       Defendant Arthur S. Scuttaro, *pro se*, by US Mail

**Stayed as per Standing Order 25-2026.
SO ORDERED**

*[signature]*

**Stacey D. Adams
United States Magistrate Judge
Dated: October 3, 2025**